JM/2025R00246

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAREK CHERKAOUI | Crim. No. 26-191 (RMB)<br><br>18 U.S.C. §§ 2261A(2)(B), 2261B(a), and 2261(b)(5)<br><br>INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

COUNT ONE

From in or about December 2024 through in or about May 2025, in the District of New Jersey, and elsewhere, the defendant,

MAREK CHERKAOUI,

with the intent to kill, injure, harass, and intimidate another person, and placed under surveillance with the intent to kill, injure, harass, and intimidate another person, used the mail, any interactive computer service and electronic communication service, and electronic systems of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, to wit, Victim 1, an individual who was under the age of 18 at the time of the offense.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261B(a) and 2261(b)(5).

**FILED**

APR 0 8 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

1

## COUNT TWO

From in or about September 2024 through in or about June 2025, in the District of New Jersey, and elsewhere, the defendant,

MAREK CHERKAOUI,

with the intent to kill, injure, harass, and intimidate another person, and placed under surveillance with the intent to kill, injure, harass, and intimidate another person, used the mail, any interactive computer service and electronic communication service, and electronic systems of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, to wit, Victim 2.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

A TRUE BILL

_____
FOREPERSON

ROBERT FRAZER
United States Attorney

_____
JOSEPH MCFARLANE
Assistant U.S. Attorney

Approved:

R. DAVID WALK, Jr.
Deputy U.S. Attorney

2

CASE NUMBER: _____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## MAREK CHERKAOUI

# INDICTMENT FOR

18 U.S.C. §§ 2261A(2)(B), 2261B(a), 2261(b)(5)

A True Bill. _____

_____

Foreperson

ROBERT FRAZER
UNITED STATES ATTORNEY

JOSEPH MCFARLANE
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
856-757-5142