UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**

**COURT REPORTER: JOHN J. KURZ**

**DATE OF PROCEEDINGS**

May 13, 2026

Docket No. 26-cv-00191-001 (RMB)

**TITLE OF CASE:**

**UNITED STATES OF AMERICA**
**VS.**
**MAREK CHERKAOUI**
**DEFENDANT PRESENT**

**APPEARANCES:**

Joseph McFarlane, AUSA for Government
Kyle A. Adams, Esquire, for Defendant

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Ordered defendant shall be referred for psychological evaluation.
Order to be submitted.

Ordered defendant remanded to the custody of the U.S. Marshals.

Time commenced: 10:55a.m.

Time Adjourned: 11:00a.m.

Total 5 Minutes

s/ Larry MacStravic
DEPUTY CLERK