**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

ROBERT FRAZER
United States Attorney

401 Market Street, Fourth Floor
Camden, New Jersey 08101-2098

JOSEPH MCFARLANE
Assistant United States Attorney

Direct Dial: 856.968.4863
Email: joseph.mcfarlane@usdoj.gov

September 15, 2026

**<u>Via ECF</u>**

Hon. Renée Marie Bumb
Chief United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
4th & Cooper Streets
Camden, New Jersey 08101

Re: *United States v. Marek Cherkaoui*, 26-cr-191

Dear Chief Judge Bumb:

The parties respectfully request that the Court the attached Speedy Trial continuance order. The parties have reviewed and agreed to the entry of the order.

Respectfully yours,

ROBERT FRAZER
United States Attorney

*/s/ Joseph McFarlane*
By: JOSEPH MCFARLANE
Assistant United States Attorney

cc: Terrell Ratiff, Esq. (via ECF)